IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In Re: THOMAS J. MCFARLAND, | * | Chapter 7 Case No. 11-10218-SDB |
| Debtor. | * | |
| THOMAS J. MCFARLAND, | * | |
| Petitioner/Appellant, | * | |
| vs. | * | CIVIL ACTION NO. CV113-209 |
| A. STEPHENSON WALLACE, | * | |
| Respondent/Appellee. | * | |

ORDER

The Judgment of this Court in the above case having been **AFFIRMED** by the U.S. Court of Appeals, Eleventh Circuit.

**IT IS HEREBY ORDERED** that the Judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. This Court's Judgment dated September 10, 2014 is final in all respects.

**SO ORDERED** this 24th day of September, 2015 at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE